In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00304-CV
_____

**LA'SONYA SHANKLE, Appellant**

**V.**

**THE CITY OF JASPER, TEXAS, SHIRLEY WILLIAMS AND MICHAEL RATCLIFF, Appellees**

On Appeal from the 1st District Court
Jasper County, Texas
Trial Cause No. 37305

**MEMORANDUM OPINION**

La'Sonya Shankle appealed from an order signed on August 10, 2018. Despite written notices from this Court and an opportunity to cure, Shankle has neither established indigence, nor paid the filing fee in her appeal. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. R. Civ. P. 145. She has also not made arrangements to file a clerk's record in her appeal, and the District Clerk's office that is responsible for that record has informed the Court that Shankle has not paid for the record. *See* Tex. R.

App. P. 37.3(b). On September 11, 2018, we notified the parties that Shankle's appeal would be dismissed unless she paid her filing fee. On September 20, 2018, we notified the parties that the appeal would be dismissed unless Shankle established that she had arranged to pay for the clerk's record. Shankle, however, has not responded to the Court's notices.

Because there is no satisfactory explanation for Shankle's failure to pay her filing fee and no satisfactory explanation for her failure to pay for the clerk's record so the District Clerk can file it with the Court, we dismiss Shankle's appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 24, 2018
Opinion Delivered October 25, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.

2